UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------- x
CONNIE AGUILAR; GLENDA BALKWILL;        :
CONSTANCE HAYNES; THERON JOHN;          :
CHERI JONES; CHARLES JORDY; SHELLY      :
MATTHEWS; ANITA MCDONALD; SHIRLEY       :
NICHOLS; MARY "CHA" SNYDER,             :
                                        :
        Plaintiffs                      :   Civil Action
v.                                      :   No. 04-11064-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
        Defendants                      :
---------------------------------- x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

| | |
|---|---|
| Dated:  June 25, 2004<br>         Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Boehringer Ingelheim Pharmaceuticals, Inc. |