UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------- x
CONNIE AGUILAR; GLENDA BALKWILL; :
CONSTANCE HAYNES; THERON JOHN; :
CHERI JONES; CHARLES JORDY; SHELLY :
MATTHEWS; ANITA MCDONALD; SHIRLEY :
NICHOLS; MARY "CHA" SNYDER, :
                                    :
     Plaintiffs,                    :   Civil Action
v.                                  :   No. 04-11064-GAO
                                    :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;  :
WYETH, INC., F/K/A AMERICAN HOME    :
PRODUCTS CORPORATION; WYETH         :
PHARMACEUTICALS, INC F/K/A WYETH-   :
AYERST PHARMACEUTICALS, INC., A     :
DIVISION OF AMERICAN HOME PRODUCTS  :
CORPORATION; AND BOEHRINGER         :
INGELHEIM PHARMACEUTICALS, INC.,    :
                                    :
     Defendants.                    :
----------------------------------- x

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 25, 2004                    Respectfully submitted,
       Boston, Massachusetts
                                          /s/Matthew J. Matule
                                          Matthew J. Matule (BBO #632075)
                                          SKADDEN, ARPS, SLATE,
Of Counsel:                                 MEAGHER & FLOM LLP
Barbara Wrubel                            One Beacon Street
Katherine Armstrong                       Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                     (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                            Counsel for Defendant
                                          Indevus Pharmaceuticals, Inc.